UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

Tampa Division

| | |
|---|---|
| JMI-DANIELS PHARMACEUTICALS, INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AMERICAN SAFETY RAZOR COMPANY, ) <br> et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 8:03-CV-1665-T-26EAJ |

## NOTICE OF SETTLEMENT

The Clerk of Court will please take notice that the undersigned has been authorized by all parties herein to notify the Court that a settlement resolving all claims in this action has been reached. The parties are finalizing a settlement agreement and will file a Notice of Dismissal once the Settlement Agreement is executed.

Respectfully submitted,

HOGAN & HARTSON L.L.P.

By: _____/s/_____
    Stacy R. Linden, Esq.
    HOGAN & HARTSON L.L.P.
    Columbia Square
    555 Thirteenth Street, NW
    Washington, D.C. 20004
    Phone: (202) 637-5778
    Fax: (202) 637-5910
    Admitted pro hac vice

2

                                              Emily M. Yinger, Esq.
                                              William P. Flanagan, Esq.
                                              HOGAN & HARTSON L.L.P.
                                              8300 Greensboro Drive, Suite 1100
                                              McLean, Virginia 22102
                                              Phone: (703) 610-6179
                                              Fax: (703) 610-6200
                                              Admitted pro hac vice

                                              Alvin F. Lindsay, III, Esq.
                                              HOGAN & HARTSON L.L.P.
                                              Barclay's Financial Center
                                              1111 Brickell Avenue, Suite 1900
                                              Miami, Florida 33131
                                              Phone: (305) 459-6500
                                              Fax: (305) 459-6550

                                              Counsel for Plaintiff JMI-Daniels

Date: February 17, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February, 2005, a true and correct copy of the foregoing Notice was served by facsimile and U.S. Mail upon:

        Donald L. O'Dell, Esq.
        Meier, Bonner, Muszynski, O'Dell & Harvey, P.A.
        37 North Orange Avenue, Suite 1100
        Orlando, Florida  32801
        Counsel for American Safety Razor Company and
        Megas Beauty Care, Inc., d/b/a Personna Medical

        Brian L. Weakland, Esq.
        The Law Office of Brian L. Weakland
        2805 West Busch Boulevard
        Suite 100
        Tampa, Florida  33618
        Counsel for BBA U.S. Holdings, Inc.
            and BBA Nonwovens Simpsonville, Inc.

        William J. Witte, Esq.
        Riley, Hewitt & Sweitzer, P.C.
        650 Washington Road, Suite 300
        Pittsburgh, PA  15228
        Non-Resident Counsel for BBA U.S. Holdings, Inc.
            and BBA Nonwovens Simpsonville, Inc.

                                  By:_____/s/_____
                                      Stacy R. Linden