UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF FLORIDA

**Tampa Division**

| | |
|---|---|
| JMI-DANIELS PHARMACEUTICALS, INC.<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SAFETY RAZOR COMPANY, et al.,<br><br>Defendants. | Case No. 8:03-CV-1665-T-26EAJ |

**NOTICE OF SETTLEMENT AND
STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and Local Rules 3.08 and 9.06(b) of this Court, Plaintiff JMI-Daniels Pharmaceuticals, Inc. ("JMI-Daniels") and defendants American Safety Razor Company, Megas Beauty Care, Inc. (d/b/a Personna Medical), BBA U.S. Holdings, Inc., BBA Nonwovens Simpsonville, Inc., and International Paper Company (collectively the "Defendants"), hereby provide notice that they have reached a settlement agreement and stipulate to a dismissal with prejudice of all claims that were or could have been asserted by JMI-Daniels against the Defendants in this action, and by the Defendants against each other in this action, with each party to bear its own attorneys' fees and costs, and ask this Court to enter an Order approving same.

Respectfully submitted,

| | |
|---|---|
| _____/s/_____ | _____/s/_____ |
| Alvin F. Lindsay, III, Esq. | Donald L. O'Dell, Esq. |
| HOGAN & HARTSON L.L.P. | Meier, Bonner, Muszynski, O'Dell & |
| Barclay's Financial Center |    Harvey, P.A. |
| 1111 Brickell Avenue, Suite 1900 | 37 North Orange Avenue, Suite 1100 |
| Miami, Florida 33131 | Orlando, Florida 32801 |
| Phone: (305) 459-6500 | |
| Fax: (305) 459-6550 | Counsel for American Safety Razor |
| |    Company and Megas Beauty Care, |
| Emily M. Yinger, Esq. |    Inc., d/b/a Personna Medical |
| William P. Flanagan, Esq. | |
| HOGAN & HARTSON L.L.P. | |
| 8300 Greensboro Drive, Suite 1100 | |
| McLean, Virginia 22102 | _____/s/_____ |
| Phone: (703) 610-6179 | Brian L. Weakland, Esq. |
| Fax: (703) 610-6200 | The Law Office of Brian L. Weakland |
| Admitted pro hac vice | 2805 West Busch Boulevard, Suite 100 |
| | Tampa, Florida  33618 |
| Stacy R. Linden, Esq. | |
| HOGAN & HARTSON L.L.P. | William J. Witte, Esq. |
| Columbia Square | Riley, Hewitt & Sweitzer, P.C. |
| 555 Thirteenth Street, NW | 650 Washington Road, Suite 300 |
| Washington, D.C. 20004 | Pittsburgh, Pennsylvania  15228 |
| Phone: (202) 637-5778 | |
| Fax: (202) 637-5910 | Counsel for BBA U.S. Holdings, Inc., |
| Admitted pro hac vice | BBA Nonwovens Simpsonville, Inc., |
| | and International Paper Company |
| Counsel for Plaintiff JMI-Daniels | |

Date:  April 13, 2005

SO ORDERED this _____ day of April, 2005

_____
Judge, United States District Court
Middle District of Florida

\\\MC - 65986/0030 - 309856 v1